**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
Elizabeth A. Wagner, Esq. (317098)
elizabeth@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Andrew Kubik

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KUBIK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>BLUE STAR CRUISES, LLC,<br><br>Defendant. | **Case No.:** 17-cv-01785-L-AGS<br><br>**PLAINTIFF ANDREW KUBIK'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (A)**<br><br>**HON. M. JAMES LORENZ** |

///

///

Plaintiff ANDREW KUBIK ("Plaintiff") hereby moves to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE.

Dated: February 8, 2018                                         Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:      /s Matthew M. Loker
      MATTHEW M. LOKER, ESQ.
      ATTORNEY FOR PLAINTIFF